**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Randy & Jessica Lyn Bingham | ) | Bankruptcy No. 22 B 00494 |
| | ) | Chapter 7 |
| Debtor (s) | ) | Judge Deborah L. Thorne |
| _____ | ) | |
| Timothy P. Collins and Peggy C. Collins | ) | Adversary No. 22 A 00065 |
| Plaintiff | ) | |
| v. | ) | |
| Randy Bingham | ) | |
| Defendant | ) | |

To: See attached list

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **July 13, 2023**, at 9:00 a.m., I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, **either** in courtroom 682 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Avenue, Chicago IL 60604, or electronically as described below, and present the attached **Motion to Dismiss**, a copy of which is herby served upon you.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com.  Then enter the meeting ID.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID.

**Meeting ID and password.** The meeting ID for this hearing is 160 9362 1728 – no password required. The meeting ID and further information can also be found on Judge Thorne's web page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

LOCAL RULE 7041-1 of the United States Bankruptcy Court for the Northern District of Illinois

provides that the trustee or any creditors who wish to adopt and prosecute the adversary proceeding in question shall seek leave to do so at or before the hearing on the motion to dismiss.

>David P. Lloyd
>615B S. LaGrange Rd.
>LaGrange IL  60525
>708-937-1264
>Fax: 708-937-1265

## CERTIFICATE OF SERVICE

I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list electronically where indicated, or by first class mail by depositing with the United States Postal Service, LaGrange, Illinois, postage prepaid, prior to 5:00 P.M., this 20th day of June, 2023.

>_____/s/ David P. Lloyd_____

>David P. Lloyd

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Timothy Collins     timothy.collins@heplerbroom.com

```
Label Matrix for local noticing        Advanced Recovery Goup              Advanced Recovery Group
0752-1                                 1373 Broad St #204                  61-43 186th street Suite 450
Case 22-00494                          Clifton, NJ 07013-4231              Fresh Meadows, NY 11365-2710
Northern District of Illinois
Eastern Division
Mon Jun 19 10:27:30 CDT 2023

Affirm, Inc.                           Affirm, Inc.                        Affirm, Inc.
225 Bush Street                        30 Isabella Street, Floor 4         c/o WESLEY E REIMNITZ
San Francisco, CA 94104-4215           Pittsburgh, PA 15212-5862           19 GUILFORD DR
                                                                           Springfield, IL 62711-8013


Alan K. LENCZYCKI                      Ally Bank                           Ally Bank, c/o AIS Portfolio Services, LLC
223 N RT 21                            AIS Portfolio Services, LLC         4515 N Santa Fe Ave. Dept. APS
GURNEE IL, 60031                       4515 N Santa Fe Ave. Dept. APS      Oklahoma City, OK 73118-7901
                                       Oklahoma City, OK 73118-7901


Ally Financial                         Ally Financial                      American Express National Bank
Attn: Bankruptcy                       P.o. Box 380901                     c/o Becket and Lee LLP
Po Box 380901                          Bloomington, MN 55438-0901          PO Box 3001
Bloomington, MN 55438-0901                                                 Malvern  PA 19355-0701


American Express National Bank, AENB   Amex                                Amex
c/o Zwicker and Associates, P.C.       Correspondence/Bankruptcy           P.o. Box 981537
Attorneys/Agents for Creditor          Po Box 981540                       El Paso, TX 79998-1537
P.O. Box 9043                          El Paso, TX 79998-1540
Andover, MA 01810-0943


(p)PNC BANK RETAIL LENDING             BBVA Compass                        BMO Harris Bank
P O BOX 94982                          Pnc Cb Investigations               Attn: Bankruptcy
CLEVELAND OH 44101-4982                Cleveland, OH 44101                 PO Box 2035
                                                                           Milwaukee, WI 53201-2035


BMO Harris Bank N.A.                   BMO Harris Bank N.A.                BMO Harris Bank N.A., c/o AIS Portfolio Serv
AIS Portfolio Services, LLC            P.O. Box 2035                       4515 N Santa Fe Ave. Dept. APS
4515 N Santa Fe Ave. Dept. APS         Milwaukee WI 53201-2035             Oklahoma City, OK 73118-7901
Oklahoma City, OK 73118-7901


Barclays Bank Delaware                 Barclays Bank Delaware              Jessica Lyn Bingham
Attn: Bankruptcy                       P.o. Box 8803                       11782 Alessandro Lane
Po Box 8801                            Wilmington, DE 19899-8803           Venice, FL 34293-1484
Wilmington, DE 19899-8801


Randy L. Bingham                       Bingham Construction Svcs, LLC      Block, Inc. fdba Square Inc.
15780 Valley View Street               15780 Valley View Street            1455 Market Street, Ste 600
New Lenox, IL 60451-5430               New Lenox, IL 60451-5430            San Francisco, CA 94103-1332


Bonnie Singer                          Michael N Burke                     Capital One
ZWICKER & ASSOCIATES, P.C.             SHAPIRO KREISMAN & ASSOCIATES, LLC  Attn: Bankruptcy
7366 N LINCOLN AVE                     2121 Waukegan Road                  Po Box 30285
STE 102                                Suite 301                           Salt Lake City, UT 84130-0285
LINCOLNWOOD, IL 60712-1738             Bannockburn, IL 60015-1831
```

| | | |
|---|---|---|
| Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Capital One/Menards<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One/Menards<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | Cbna<br>Attn: Centralized Bankruptcy<br>Po Box 790034<br>St. Louis, MO 63179-0034 |
| Cbna<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | Carleen L Cignetto<br>Johnson Legal Group, LLC<br>140 S Dearborn Suite 1510<br>Chicago, IL 60603-5214 | Citibank North America<br>Citibank SD MC 425<br>5800 South Corp Place<br>Sioux Falls, SD 57108 |
| Citibank North America<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Citibank/Best Buy<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| Citibank/Best Buy<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank/The Home Depot<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Timothy Collins<br>Heplerbroom, LLC<br>30 N. LaSalle Street, Suite 2900<br>Chicago, IL 60602-2511 | Comprehensive Pathology Svcs SC<br>26570 Network Place<br>Chicago, IL 60673-1265 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| Credit One Bank<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | Crown Concepts Corporation<br>7080 Lisbon Road<br>Morris, IL 60450-8663 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| DuPage Medical Group<br>15921 Collections Center Drive<br>Chicago, IL 60693-0159 | Equity Trust Company<br>P.O. Box 450369<br>Westlake, OH 44145 | Equity Trust Company<br>c/o Elizabeth Jerdonek<br>One Equity Way<br>Westlake, OH 44145-1050 |
| (p)FIRST SAVINGS BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | (p)FIRST SAVINGS BANK   BLAZE<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | Ford Motor Credit Company<br>PO Box 62000<br>Colorado Springs, CO 80962-2000 |

```
Ford Motor Credit Company LLC          Bradley H Foreman                      Frank Winston Crum
Blitt and Gaines, P.C.                 Law Offices Of Bradley H Foreman, P.C. PO Box 947979
775 Corporate Wood Pkwy                900 West Jackson Blvd.                 Atlanta, GA 30394-7979
Vernon Hills IL 60061-3112             Suite 7E
                                       Chicago, IL 60607-3742


Fund Box                               Fundbox, Inc.                          Lorraine M Greenberg
6900 Dallas Parkway, STE 700           c/o Becket and Lee LLP                 Lorraine M. Greenberg
Plano, TX 75024-7188                   PO Box 3001                            77 West Wacker Drive
                                       Malvern PA 19355-0701                  Suite 4500
                                                                              Chicago, IL 60601-1680


Harris & Harris                        Harris & Harris                        (p)HEADWAY CAPITAL
111 West Jackson Boulevard             Attn: Bankruptcy                       175 W JACKSON BLVD SUITE 1000
Chicago, IL 60604-4135                 111 W Jackson Blvd,  Ste 400           CHICAGO IL 60604-2863
                                       Chicago, IL 60604-4135


(p)ILLINOIS DEPARTMENT OF REVENUE      Ivy Receivables LLC                    (p)JEFFERSON CAPITAL SYSTEMS LLC
BANKRUPTCY UNIT                        c/o Platinum Agent Services LLC        PO BOX 7999
PO BOX 19035                           3023 Avenue J                          SAINT CLOUD MN 56302-7999
SPRINGFIELD IL 62794-9035              Brooklyn, NY 11210-3837


John McHugh                            John McHugh and Lisa McHugh            (p)CINDY M   JOHNSON
c/o Timothy M. Johnston                Bradley H. Foreman                     JOHNSON LEGAL GROUP LLC
Johnston,Tomei,Lenczycki & Goldberg    900 W. Jackson Suite 7E                140 S DEARBORN ST SUITE 1510
350 N. Milwaukee Ave, Ste 202          Chicago, IL 60607-3742                 CHICAGO IL 60603-5214
Libertyville, IL 60048-2273


Joliet Junior College                  Jordan M. Kielian                      Joseph Mann & Creed
1215 Houbolt Road                      Mahoney Silverman & Cross LLC          8948 Canyon Falls Blvd
Joliet, IL 60431-8800                  822 Infantry Drive, Suite 100          Suite 200
                                       Joliet, IL 60435-3108                  Twinsburg, OH 44087-1900


Joseph Mann & Creed                    Wesley T Kozeny                        Patrick S Layng
PO Box 1270                            Bonial & Associates, P.C.              Office of the U.S. Trustee, Region 11
Twinsburg, OH 44087-9270               12400 Olive Blvd, Suite 555            219 S Dearborn St
                                       St. Louis, MO 63141-5460               Room 873
                                                                              Chicago, IL 60604-2027


Lisa McHugh                            David P Lloyd                          Mercury Indemnity Co of America
c/o Timothy M. Johnston                David P. Lloyd, Ltd.                   PO Box 5600
Johnston,Tomei,Lenczycki & Goldberg    615B S. LaGrange Rd.                   Rancho Cucamonga, CA 91729-5600
350 N. Milwaukee Ave, Ste 202          LaGrange, IL 60525-6864
Libertyville, IL 60048-2273


PRA Receivables Management, LLC        Nisha B Parikh                         Peggy Collins
PO Box 41021                           Diaz Anselmo Lindberg LLC              904 Linden Court
Norfolk, VA 23541-1021                 1771 W Diehl Road                      Western Springs, IL 60558-2213
                                       Suite 120
                                       Naperville, IL 60563-4917


Rangel Gorgeiu                         Rescue Legal Group                     Resurgent Receivables, LLC
1253 S Dunton Ave                      1740 Broadway                          Resurgent Capital Services
Arlington Heights, IL 60005-3101       New York, NY 10019-4315                PO Box 10587
                                                                              Greenville, SC 29603-0587
```

| | | |
|---|---|---|
| Sarasota Memorial Healthcare Center<br>1700 S Tamiami Trail<br>Sarasota, FL 34239-3509 | SeaWorld Parks & Entertainment Inc.<br>6240 Sea Harbor Drive<br>Orlando, FL 32821-8022 | Silver Cross Hospital<br>1900 Silver Cross Blvd<br>Attn: Patient Financial Accounts<br>New Lenox, IL 60451-9509 |
| Silver Cross Hospital<br>7008 Solutions Center<br>Chicago, IL 60677-7000 | Silver Cross Hospital & Medical Ctr<br>c/o JOHN KREPPS<br>1900 SILVER CROSS BLVD<br>New Lenox, IL 60451-9509 | Square<br>3165 E Millrock Drive<br>Suite 160<br>Salt Lake City, UT 84121-5987 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Care Credit<br>P.o. Box 965005<br>Orlando, FL 32896-5005 |
| Synchrony Bank/Gap<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Gap<br>Po Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank/JCPenney<br>Attn: Bankruptcy<br>Po Box 965064<br>Orlando, FL 32896-5064 |
| Synchrony Bank/JCPenney<br>Po Box 965007<br>Orlando, FL 32896-5007 | Synchrony Bank/Old Navy<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Old Navy<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Synchrony Bank/TJX<br>Attn: Bankruptcy<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/TJX<br>Po Box 965015<br>Orlando, FL 32896-5015 | Synchrony Bank/hhgregg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/hhgregg<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony/PayPal Credit<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| TIMOTHY CLARK<br>MCGRATH & CLARK, PC<br>440 S STATE ST<br>MANHATTAN, IL 60442-8504 | The Avanza Group LLC<br>3974 Amboy Road, Ste 306<br>Staten Island, NY 10308-2414 | The Peoples Insurance Agency<br>8270 Bee Ridge Road<br>Sarasota, FL 34241-6311 |
| Timothy Collins<br>904 Linden Court<br>Western Springs, IL 60558-2213 | Timothy M. Johnston<br>Johnston,Tomei,Lenczycki & Goldberg<br>350 N. Milwaukee Ave, Ste 202<br>Libertyville, IL 60048-2273 | Timothy P. Collins<br>Peggy C. Collins<br>70 W Madison Suite 2600<br>Chicago, IL 60602-4239 |
| Transworld Systems Inc<br>PO Box 17221<br>Wilmington, DE 19850-7221 | Unique Funding Solutions LLC<br>2715 Coney Island<br>Brooklyn, NY 11235-5067 | Unique Funding Solutions LLC<br>71 S. Central Avenue<br>Valley Stream, NY 11580-5495 |

| | | |
|---|---|---|
| (p)WAKEFIELD & ASSOCIATES<br>PO BOX 51272<br>KNOXVILLE TN 37950-1272 | Wells Fargo Home Mortgage<br>Attn: Correspondence/Bankruptcy<br>Mac#2302-04e Pob 10335<br>Des Moines, IA 50306 | Wells Fargo Home Mortgage<br>Po Box 10335<br>Des Moines, IA 50306-0335 |
| William S. Demchak, CEO<br>PNC Bank, N.A.<br>222 Delaware Ave<br>Wilmington, DE 19801-1637 | Yana Chechelnitsky<br>61-43 186th St, Suite 450<br>Fresh Meadows, NY 11365-2710 | ZELJKO IVELIC<br>ZWICKER & ASSOCIATES, P.C.<br>7366 N LINCOLN AVE<br>STE 102<br>LINCOLNWOOD, IL 60712-1738 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BBVA Compass<br>Attn: Bankruptcy<br>P.O. Box 10566<br>Birmingham, AL 35296 | Discover Financial<br>Pob 15316<br>Wilmington, DE 19850 | First Savings Bank<br>500 East 60th St North<br>Sioux Falls, SD 57104 |
| (d)First Savings Bank<br>Attn: Bankruptcy<br>Po Box 5019<br>Sioux Falls, SD 57117 | First Savings Bank/Blaze<br>500 E. 60th Street<br>Sioux Falls, SD 57104 | (d)First Savings Bank/Blaze<br>Attn: Bankruptcy<br>Po Box 5096<br>Sioux Falls, SD 57117 |
| Headway Capital LLC<br>175 W. Jackson Blvd., Suite 1000<br>Chicago, IL 60604 | Illinois Department of Revenue<br>Bankruptcy Section, P.O. Box 19035<br>Springfield, IL 62794-9035 | (d)Illinois Department of Revenue<br>Bankruptcy Unit<br>P O Box 19035<br>Springfield IL 62794-9035 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD, MN 56302-9617 | (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | Cindy M. Johnson<br>Johnson Legal Group, LLC<br>140 S. Dearborn Street, Suite 1510<br>Chicago, IL 60603 |
| (d)Cindy M. Johnson<br>Johnson Legal Group, LLC<br>140 S. Dearborn Street, Suite 1510<br>Chicago, IL 60603 | (d)PNC Bank<br>Atn: Bankruptcy Department<br>Po Box 94982<br>Cleveland, OH 44101 | Wakefield & Associates Inc<br>PO Box 50250<br>Knoxville, TN 37950-0250 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Alan D. Lasko | (u)Alan D. Lasko & Associates, PC | (u)Peggy Collins |

| | | |
|---|---|---|
| (u)Timothy Collins | (u)John McHugh | (u)Lisa McHugh |
| (u)Specialized Loan Servicing LLC | (d)Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (u)Wells Fargo Bank, N.A. |
| (u)Kim Wirtz | | |

End of Label Matrix
Mailable recipients   125
Bypassed recipients    10
Total                 135

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Randy & Jessica Lyn Bingham | ) | Bankruptcy No. 22 B 00494 |
| | ) | Chapter 7 |
| Debtor (s) | ) | Judge Deborah L. Thorne |
| _____ | ) | |
| Timothy P. Collins and Peggy C. Collins | ) | Adversary No. 22 A 00065 |
| Plaintiff | ) | |
| v. | ) | |
| Randy Bingham | ) | |
| Defendant | ) | |

## MOTION TO DISMISS

NOW COMES the Defendant, Randy Bingham, by and through his attorneys, David P. Lloyd, Ltd., and moves this honorable court to dismiss this adversary proceeding, and in support thereof states as follows:

1. Plaintiffs commenced this case by filing a complaint on April 18, 2022. Plaintiff filed an amended complaint on October 20, 2022, and Defendant filed his answer to the amended complaint on November 14, 2022. The amended complaint seeks a determination that Plaintiffs' claim is excepted from discharge, and also a denial of Defendant's discharge under Section 727(c) of the Bankruptcy Code. The answer raises what Defendant considers valid defenses to all counts of the amended complaint.

2. The parties have reached an agreement under which the Debtor will pay to the Plaintiffs the sum of $8,000.00, payable in one lump sum. Plaintiff has agreed to the dismissal of this adversary proceeding upon approval of the settlement agreement.

3. Because the settlement sought to be approved contains, as one of its terms, the dismissal of this adversary proceeding, Local Rule 7041-1 requires that the United States Trustee and all creditors and parties of record be given notice of the proposed dismissal, and of the statement that

the United States Trustee or any creditor may adopt and prosecute this adversary proceeding. Any party wishing to adopt and prosecute this adversary proceeding is required to seek leave to do so at or before the hearing on this motion to dismiss.

     5. Defendant has served Plaintiff's counsel, the United States Trustee, and all creditors and other parties of record in the bankruptcy case with notice of this motion.

     WHEREFORE Randy Bingham prays that the Court approve the settlement between the parties and that this adversary proceeding be dismissed.

                                Respectfully submitted,
                                Randy Bingham


                                By:   /s/ David P. Lloyd
                                      One of his attorneys

David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265